**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-31012
Summary Calendar

KENTON MERCER,

Plaintiff-Appellant,

VERSUS

KENNETH S. APFEL, Commissioner of Social Security,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Louisiana
(96-CV-1533)
July 2, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[1]

Kenton Mercer appeals the district court's dismissal of his complaint challenging the Commissioner's determination that he be denied social security disability benefits. After review of the record and Mercer's arguments on appeal, we AFFIRM for the reasons adopted by the district court. <u>Mercer v. Apfel</u>, No. 96-CV-1533

---

[1]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.

(W.D. La. Aug. 21, 1997).